# UNITED STATES DISTRICT COURT
### for the
### Western District of Louisiana

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/18/08
BY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Merrick Joseph Young | ) Case No: 97-60022-001 |
| | ) USM No: 09590-035 |
| Date of Previous Judgment: 09/03/1998 | ) Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __210__ months is reduced to __169__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 39 | Amended Offense Level: | 37 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

The sentence reduction Ordered above is subject to the prohibition found in U.S.S.G. 1B1.10(b)(2)(C). Additionally, a ten (10) day STAY is imposed on this Order.

Except as provided above, all provisions of the judgment dated __09/03/1998__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/17/2008

Effective Date: 07/28/2008
(if different from order date)

Judge's signature
Judge Richard T. Haik
Printed name and title

COPY SENT
DATE 7/18/08
BY GB
TO USP
USP